# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ismail Dickerson,<br>*Plaintiff*<br>v.<br><br>South Carolina, The State of *for the actions of the Al Cannon Detention Center and Officers*; Charleston, County of *for the actions of the Al Cannon Detention Center and Officers*; Sheriff Al Cannon *for the actions of the Al Cannon Detention Center and Officers;* Al Cannon Detention Center; North Charleston, City of<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:17-cv-03279-TLW |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Ismail Dickerson, shall take nothing of the defendants, South Carolina, The State of *for the actions of the Al Cannon Detention Center and Officers*; Charleston, County of *for the actions of the Al Cannon Detention Center and Officers*; Sheriff Al Cannon *for the actions of the Al Cannon Detention Center and Officers;* Al Cannon Detention Center; North Charleston, City of, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Terry L. Wooten, Chief United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the complaint without prejudice.

Date: January 22, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*